UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| ANDRE LAMAR LONNIE, | ) | No. CV 10-04302-JHN (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| K. HARRINGTON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: <u>September 7, 2011</u>

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE